UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| Case No. | CV 23-5447-DMG (BFMx) | Date | October 18, 2023 |
|---|---|---|---|
| Title | *Rebeka Rodriguez v. Bissell, Inc.,* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION**

      In light of Plaintiffs' Notice of Voluntary Dismissal filed on October 18, 2023 [Doc. # 15], the Court hereby **DISMISSES** this action with prejudice as to the Plaintiff's individual claims, and without prejudice as to the putative class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Order to Show Cause, dated October 17, 2023 [Doc. # 14] is DISCHARGED.

IT IS SO ORDERED.